AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

FILED
MAR 21 2015

United States of America
v.
Victor Baltazar DE OSIO-Urbina    MX    YOB 1955

Case No. M-15-0420-M

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  03/20/2015  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated  21  U. S. C. §  841 and 846 , an offense described as follows:

knowingly and intentionally possess with intent to distribute over 5 kilograms or more, that is approximately 28.14 kilograms of Cocaine, and did conspire to possess with intent to distribute over 5 kilograms or more of Cocaine, a schedule II controlled substance.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Nathan Stoltz, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 21, 2015  4:02 pm

*Judge's signature*

City and state:  McAllen, Texas    Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*